1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    UNITED STATES OF AMERICA

9                            Plaintiff,        Case No. CR11-365-RSL

10          v.                                 **DETENTION ORDER**

11   ROBSON DASILVA,

12                           Defendant.

13   Offenses charged:

14          Conspiracy to Smuggle, Harbor & Transport Illegal Aliens and Transporting Illegal

15   Aliens within the United States.

16   Date of Detention Hearing:  December 16, 2011.

17          The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

18   and based upon the factual findings and statement of reasons for detention hereafter set forth,

19   finds that no condition or combination of conditions which the defendant can meet will

20   reasonably assure the appearance of the defendant as required and the safety of any other person

21   and the community.

22              **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

23          Defendant who apparently is a citizen of Brazil claims he has legal status in the United

DETENTION ORDER - 1

States.  The government proffered defendant has never had legal status and engaged in a sham marriage to avoid deportation.  The government also proffered defendant was attempting to flee the jurisdiction at the time he was arrested.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of December, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge